# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HURLEY an Individual, <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATIC DATA PROCESSING, INC., a Corporation; STEPHANIE HEATHMAN, an Individual; and DOES 1 through 20, Inclusive <br><br> Defendants. | CASE NO.: 3:20-cv-02523-DMS-AGS <br><br> **ORDER GRANTING STIPULATION TO SUBSTITUTE ADP, INC. AS DEFENDANT IN PLACE OF AUTOMATIC DATA PROCESSING, INC.** |

Plaintiff Heather Hurley and Defendant ADP, Inc. (erroneously sued herein as "Automatic Data Processing, Inc.") by and through their respective counsel of record, having stipulated that the proper entity name ADP, Inc. may be substituted in place of named Defendant Automatic Data Processing, Inc. in this action, and for good cause shown, **IT IS HEREBY ORDERED** that: (1) the proper entity ADP, Inc. is hereby substituted in place of the named Defendant Automatic Data Processing, Inc. in this action; and (2) Defendant ADP waives any argument that it was not Plaintiff's employer and/or that it is not the proper Defendant to the claims alleged in this action.

1

1     **IT IS SO ORDERED.**

DATED: April 9, 2021

_____
Hon. Dana M. Sabraw
United States Chief District Judge